# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Peter Marco, LLC<br>Peter Voutsas**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00227-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Banc of America Merchant Services, LLC<br>First Data Merchant Services, LLC<br>First Data Global Leasing<br>First Data Corporation<br>Bank of America N.A.<br>Does**,**<br>Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 9, 2023 Order.

March 9, 2023

Frank G. Johns, Clerk
United States District Court